ALEXANDER F. SCHAACK ET AL., RESPONDENTS, v. J. A. HOLMES CONSTRUCTION COMPANY ET AL., APPELLANTS.

Argued October 24, 1932—Decided January 5, 1933.

For the respondents, *Chandless, Weller & Selser.*

For the appellants, *Mackay & Mackay.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 226.

*For affirmance*—TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.